### Franklyn agt. Warner

Katharin Franklyn Attourny of Benj$^n$ Franklyn plaint. ag$^t$ John Warner Defend$^t$ in an action of the case for not paying the Summe of twelve pounds or thereabouts in money due for diet washing and lodgeing. . . . The Jury . . . found for the plaint. twelve pounds Seven Shillings money and costs of Court granted twenty Shillings.
Execution issued 12$^o$ Novemb$^r$ 1678.

[ See the review of this case in session of 29 July, 1679, below, p. 1055.]